Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case)                                   Case Number **10–40770**

# UNITED STATES BANKRUPTCY COURT
## District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/9/10 .

You may be a creditor of the debtor(s).  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF).  NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor(s):**<br>Ryan Russell Thompson<br>dba  2 Turntables And A Microphone<br>812 Magnolia St.<br>Brandon, SD 57005 | Tandy Lee Thompson<br>fka  Tandy Lee Hieb<br>812 Magnolia St.<br>Brandon, SD 57005 |
|---|---|
| **Case Number:**<br>10–40770 | **Social Security/Taxpayer ID Numbers:**<br>xxx–xx–9180<br>xxx–xx–2931 |
| **Attorney for Debtor(s):**<br>Thomas A. Blake<br>#202, 505 W 9th St<br>Sioux Falls, SD 57104<br>Telephone number:  (605) 336–1216 | **Bankruptcy Trustee:**<br>Lee Ann Pierce<br>Trustee<br>PO Box 524<br>Brookings, SD 57006–0524<br>Telephone number:  605–692–9415 |

## Meeting of Creditors:

Date:  **October 8, 2010**          Time:  **03:30 PM**                    Location:  **Suite 300, 314 S. Main Ave., Sioux Falls, SD 57104**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### To File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts: 12/7/10

### To Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay.  If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult an attorney to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>400 S. Phillips Ave., Room 104<br>Sioux Falls, SD 57104–6851<br>Telephone number:  605–357–2400<br>www.sdb.uscourts.gov | **For the Court:**<br>Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:          Monday – Friday 8:00 AM – 5:00 PM | Date:  9/9/10 |

## SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| **Presumption of Abuse** | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor(s) may rebut the presumption by showing special circumstances. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor(s). If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| **Exempt Property** | The debtor(s) is (are) permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor(s) must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Clerk's Office** | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. You may also review them online, using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| **Foreign Creditors** | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors: All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

District/off: 0869-4          User: sbrooks           Page 1 of 2          Date Rcvd: Sep 09, 2010
Case: 10-40770               Form ID: b9a             Total Noticed: 61

The following entities were noticed by first class mail on Sep 11, 2010.
```
db/db        +Ryan Russell Thompson,    Tandy Lee Thompson,    812 Magnolia St.,    Brandon, SD 57005-1057
aty          +Thomas A. Blake,    #202, 505 W 9th St,    Sioux Falls, SD 57104-3667
tr            Lee Ann Pierce,    Trustee,    PO Box 524,    Brookings, SD 57006-0524
ust           Bruce J. Gering,    314 South Main Avenue, Suite 303,    Sioux Falls, SD  57104-6462
1018126       AAA Collections, Inc.,    PO Box 881,    Sioux Falls, SD 57101-0881
1018127      +ACB,    PO Box 2548,    Cincinnati, OH 45201-2500
1018129      +ACS/Dept. Of Education,    501 Bleecker St.,    Utica, NY 13501-2401
1018128      +Ackerman Brothers Heating &,    Air Conditioning,    PO Box 66,    Valley Springs, SD 57068-0066
1018130      +Avera McGreevy Clinic,    1200 S. Seventh Ave.,    Sioux Falls, SD  57105-0998
1018131       Avera McKennan Hospital,    PO Box 9191,    Minneapolis, MN  55480-9191
1018132       Avera McKennan Hospital,    & University Health Center,    PO Box 5045,
              Sioux Falls, SD  57117-5045
1018136      +Brandon Plumbing & Heating Inc,    PO Box 366,    Brandon, SD 57005-0366
1018140       CCB Credit Services, Inc.,    5300 S. 6th St.,    Springfield, IL  62703-5184
1018141       CCB Credit Services, Inc.,    PO Box 272,    Springfield, IL  62705-0272
1018142      +Collectcorp Corporation,    455 North 3rd St Suite 260,    Phoenix, AZ 85004-0630
1018145      +Equifax,    Attn: Dispute Department,    PO Box 740256,    Atlanta, GA 30374-0256
1018146      +Experian,    Attn: Dispute Department,    PO Box 2002,    Allen, TX 75013-2002
1018150      +Home Federal Bank,    PO Box 5000,    Sioux Falls, SD 57117-5000
1018153       James A. West, P.C.,    Attorney At Law,    6380 Rogerdale Rd., Suite 130,
              Houston, TX  77072-1647
1018156       Lane Bryant,    PO Box 856132,    Louisville, KY  40285-6132
1018162      ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: NCO Financial Systems, Inc.,    PO Box 41466,
              Philadelphia, PA  19101)
1018158       Macy's,    PO Box 6077,    Sioux Falls, SD  57117-6077
1018161      +NCO Financial Systems,    4740 Baxter Road,    Virginia Beach, VA 23462-4484
1018163       Northstar Location Services LLC,    4285 Genesee St.,    Cheektowaga, NY  14225-1943
1018164      +Prairie Rehabilitation,    Attn: Deb,    1720 S. Cliff Ave.,    Sioux Falls, SD 57105-2129
1018166      +Stokes & Clinton,    P.O. Box 991801,    Mobile, AL 36691-8801
1018167       Toyota Asset Protection Dept.,    PO Box 2958,    Torrance, CA 90509-2958
1018170      +Trans Union Corporation,    Attn: Dispute Department,    PO Box 1000,    Chester, PA 19016-1000
1018171      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 790179,    St. Louis, MO  63179-0179)
1018172      +Valentine & Kebartas Inc,    PO Box 325,    Lawrence, MA 01842-0625
1018175      +Wells Fargo Bank,    PO Box 54780,    Los Angeles, CA 90054-0780
1018181       Wells Fargo Financial Cards,    PO Box 98795,    Las Vegas, NV  89193-8795
```

The following entities were noticed by electronic transmission on Sep 09, 2010.
```
1018133       EDI: BANKAMER.COM Sep 09 2010 17:18:00     Bank Of America,    PO Box 851001,
              Dallas, TX  75285-1001
1018135       EDI: BANKAMER2.COM Sep 09 2010 17:18:00     Bank Of America,    PO Box 17054,
              Wilmington, DE  19850-7054
1018134       EDI: BANKAMER.COM Sep 09 2010 17:18:00     Bank Of America,    PO Box 15026,
              Wilmington, DE  19850-5026
1018137       EDI: CAPITALONE.COM Sep 09 2010 17:18:00     Capital One,    PO Box 85167,
              Richmond, VA  23285-5167
1018139       EDI: CAPITALONE.COM Sep 09 2010 17:18:00     Capital One Bank,    PO Box 71083,
              Charlotte, NC  28272-1083
1018138       EDI: CAPITALONE.COM Sep 09 2010 17:18:00     Capital One Bank,    P.O. Box 60599,
              City Of Industry, CA  91716-0599
1018143       EDI: RCSDELL.COM Sep 09 2010 17:18:00     Dell Financial Services,    C/O DFS Customer Care,
              PO Box 81577,    Austin, TX  78708-1577
1018144       EDI: RCSDELL.COM Sep 09 2010 17:18:00     Dell Preferred Account,    Payment Processing Center,
              PO Box 6403,    Carol Stream, IL  60197-6403
1018147      +EDI: BANKAMER.COM Sep 09 2010 17:18:00     FIA Card Services,    PO Box 851001,
              Dallas, TX 75285-1001
1018148       EDI: BANKAMER.COM Sep 09 2010 17:18:00     FIA Card Services,    PO Box 15137,
              Wilmington, DE  19850-5137
1018151       EDI: HFC.COM Sep 09 2010 17:18:00     HSBC Retail Services,    Dept 7680,
              Carol Stream, IL  60116-7680
1018152       EDI: HFC.COM Sep 09 2010 17:18:00     HSBC/Menards,    Retail Services,    PO Box 15521,
              Wilmington, DE  19850-5521
1018154       EDI: WFNNB.COM Sep 09 2010 17:18:00     Lane Bryant,    PO Box 659728,
              San Antonio, TX  78265-9728
1018155       EDI: WFNNB.COM Sep 09 2010 17:18:00     Lane Bryant,    Customer Service,    PO Box 182273,
              Columbus, OH  43218-2273
1018157      +EDI: TSYS2.COM Sep 09 2010 17:18:00     Macy's,    PO Box 689195,    Des Moines, IA 50368-9195
1018159      +EDI: TSYS2.COM Sep 09 2010 17:18:00     Macy's,    Attn: Bankruptcy Processing,    PO Box 8053,
              Mason, OH 45040-8053
1018160       Fax: 605-322-4910 Sep 09 2010 20:28:35     McGreevy Clinic Avera,    PO Box 86430,
              Sioux Falls, SD  57118-6430
1018165       EDI: RRSB.COM Sep 09 2010 17:18:00     Redline Recovery Services, LLC,
              11675 Rainwater Drive, Suite 350,    Alpharetta, GA  30009-8693
1018169       EDI: TFSR.COM Sep 09 2010 17:18:00     Toyota Financial Services,    5005 N. River Blvd.,
              Cedar Rapids, IA  52411
1018168       EDI: TFSR.COM Sep 09 2010 17:18:00     Toyota Financial Services,    PO Box 5855,
              Carol Stream, IL  60197-5855
1018173       E-mail/Text: tkealy@vikingservice.com                     Viking Collection Service,
              PO Box 59207,    Minneapolis, MN  55459-0207
1018174      +E-mail/Text: tkealy@vikingservice.com                     Viking Collection Service Inc.,
              7500 Office Ridge Circle,    Eden Prairie, MN 55344-3782
```

```
District/off: 0869-4          User: sbrooks          Page 2 of 2          Date Rcvd: Sep 09, 2010
Case: 10-40770               Form ID: b9a            Total Noticed: 61

The following entities were noticed by electronic transmission (continued)
1018182        EDI: WFNNB.COM Sep 09 2010 17:18:00      WFNNB Bankruptcy Department,   PO Box 182125,
               Columbus, OH  43218-2125
1018176       +EDI: WFFC.COM Sep 09 2010 17:18:00       Wells Fargo Bank,   PO Box 31557,
               Billings, MT 59107-1557
1018177        EDI: WFFC.COM Sep 09 2010 17:18:00       Wells Fargo Bank,   PO Box 4233,
               Portland, OR  97208-4233
1018178       +EDI: WFFC.COM Sep 09 2010 17:18:00       Wells Fargo Bank,   PO Box 5058,   Portland, OR 97208-5058
1018179        EDI: WFFC.COM Sep 09 2010 17:18:00       Wells Fargo Card Services,   PO Box 6412,
               Carol Stream, IL  60197-6412
1018180        EDI: WFFC.COM Sep 09 2010 17:18:00       Wells Fargo Financial,   PO Box 5943,
               Sioux Falls, SD  57117-5943
1018183        EDI: WFNNB.COM Sep 09 2010 17:18:00      World Financial National Bank,   PO Box 659728,
               San Antonio, TX  78265-9728
                                                                               TOTAL: 29

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2010**              **Signature:**    _Joseph Speetjens_